# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 6, 2013

146917

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

VALERIE ROHDE, Personal Representative
for the Estate of HENRY C. ROHDE,
       Plaintiff-Appellee,

v

GOPI NALLANI, M.D., ADVANCED
DIAGNOSTIC IMAGING, P.C., BRENT J.
RAAP, D.O., BRENT J. RAPP, D.O., P.C.,
       Defendants-Appellees,

and

STANDISH COMMUNITY HOSPITAL, INC.
d/b/a ST. MARY'S OF MICHIGAN STANDISH
HOSPITAL,
       Defendants-Appellants,

and

NORTHERN BAY HEALTH CARE, L.L.C.,
and DORAISAMY VENKITAPATHY, M.D.,
       Defendants.

SC: 146917
COA: 308773
Arenac CC: 11-011675-NH

_____/

      On order of the Court, the application for leave to appeal the February 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013



               Clerk

p1030